AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2025

SEAN F. McAVOY, CLERK

DANIEL JERIMIAH SIMMS,

*Plaintiff*

v.

MICHAEL HATHAWAY,
CHRISTOPHER FITZPATRICK,
DONNA BYRNES, and FRANK
RIVERA,

*Defendant*

)
)
)
)
)
)

Civil Action No.   2:25-cv-00102-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice and without any award of costs or fees.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Thomas O. Rice _____

Date:   10/20/2025 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*